OPINION — AG — ** TRAVEL — REIMBURSEMENT ** (1) A STATE OFFICER OR EMPLOYEE COMING WITHIN THE PURVIEW OF HOUSE BILL NO. 682 IS ENTITLED TO THE MILEAGE AND PER DIEM ALLOWANCE AND/OR SUBSISTENCE EXPENSES AUTHORIZED BY SAID ACT FROM THE FIRST MOMENT AFTER MIDNIGHT OF TUESDAY, APRIL 23, 1957. (TRAVEL EXPENSES, TRAVEL, BUSINESS) CITE: 74 O.S. 500.5 [74-500.5], 74 O.S. 500.11 [74-500.11] (TRAVEL CLAIMS) (FRED HANSEN)